**BATDORFF v. N.C. STATE BD. OF ELECTIONS**

[356 N.C. 661 (2003)]

GREGORY BRET BATDORFF v. NORTH CAROLINA STATE BOARD OF ELECTIONS; CITIZENS FOR TRUTH IN ELECTIONS, A POLITICAL COMMITTEE; AND WAKE COUNTY BOARD OF EDUCATION

No. 263PA02

(Filed 28 February 2003)

On discretionary review pursuant to N.C.G.S. § 7A-31 of a decision of the Court of Appeals, 150 N.C. App. 108, 563 S.E.2d 43 (2002), affirming an order of dismissal entered 5 February 2001 by Judge James C. Spencer, Jr., in Superior Court, Wake County. Heard in the Supreme Court 3 February 2003.

*Stam, Fordham & Danchi, P.A., by Paul Stam, for plaintiff-appellant.*

*Roy Cooper, Attorney General, by Susan K. Nichols, Special Deputy Attorney General, for defendant-appellee North Carolina State Board of Elections.*

*Tharrington Smith, L.L.P., by Michael Crowell, for defendant-appellee Citizens for Truth in Elections.*

PER CURIAM.

DISCRETIONARY REVIEW IMPROVIDENTLY ALLOWED.